UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE L. MARTIN,

    Plaintiff,

v.                                            CASE NO: 8:05-cv-1921-T-26MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 18) in which he recommends that the decision of Defendant Commissioner be affirmed. The Court notes that neither party has filed objections to the Report and Recommendation, and the time for filing objections has elapsed. After careful consideration of the Report and Recommendation in conjunction with an independent evaluation of the court file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is ordered and adjudged as follows:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and made a part of this order for all purposes, including appellate review.

2) The Clerk is directed to enter judgment for Defendant and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on February 2, 2007.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record